**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BRANDON STINSON,　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
MARK BARKER, and
MARCUS BROWN

v.　　　　　　　　　　　　　NO. 3:14CV00308 JLH/BD

MIKE ALLEN, *et al*.　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

**ORDER**

　　　　Brandon Stinson, an inmate at the Crittenden County Detention Facility, filed this lawsuit *pro se* on behalf of himself, as well as Mark Barker and Marcus Brown. Document #2. On January 5, 2015, the Court ordered plaintiffs Barker and Brown to file a complete *in forma pauperis* ("IFP") application or pay the statutory filing fee within thirty days. Document #3. Brown has neither submitted a complete IFP application nor paid the filing fee, and the time for doing so has passed. Brown was cautioned that his failure to comply with the Court Order could result in the dismissal of his claims.

　　　　Therefore, Brown's claims are DISMISSED, without prejudice, based on his failure to comply with the January 5, 2015 Court Order. Local Rule 5.5.

　　　　IT IS SO ORDERED this 9th day of February, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ J. Leon Holmes*
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE