IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDON STINSON; MARK BARKER;                                        PLAINTIFFS
and MARCUS BROWN

v.                              NO. 3:14CV00308 JLH/BD

MIKE ALLEN, *et al*.                                                 DEFENDANTS

## ORDER

Brandon Stinson, an inmate at the Crittenden County Detention Facility, filed this lawsuit *pro se* on behalf of himself, as well as Mark Barker and Marcus Brown. Document #2. On January 5, 2015, the Court ordered plaintiffs Barker and Brown to file a complete *in forma pauperis* ("IFP") application or pay the statutory filing fee within thirty days.[1] Document #3.

On February 5, 2015, Barker filed an IFP application, but failed to submit all necessary documents. Document #4. Therefore, his IFP application was denied. Document #5. The Court again instructed Barker to return a completed IFP application, including an accompanying affidavit and jail information sheet, or pay the statutory filing fee within thirty days. The Court cautioned Barker that his claims could be dismissed if he did not comply with the Court's February 5, 2015 Order.

To date, Barker has not complied with the Court's Order, and the time for doing so has passed. Therefore, Barker's claims are DISMISSED, without prejudice, based on his failure to comply withe the Court's February 5, 2015 Order. Local Rule 5.5.

IT IS SO ORDERED this 20th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court previously dismissed plaintiff Brown's claims. Document #7.