# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BRANDON STINSON                                                                                       PLAINTIFF
ADC #137864

v.                                       NO. 3:14CV00308 JLH/BD

MIKE ALLEN, et al.                                                                                  DEFENDANTS

## ORDER

Brandon Stinson, an Arkansas Department of Correction inmate formerly housed at the Crittenden County Detention Center, filed this lawsuit *pro se* under 42 U.S.C. § 1983. Although the Court previously determined that Stinson adequately stated an excessive-force claim against defendant Milo in his individual capacity, it was unclear whether Stinson stated a conditions-of-confinement claim against any of the other named defendants.[1] Accordingly, the Court provided Stinson an opportunity to amend his complaint to provide further details regarding this claim. *See* Document #20.

To date, Stinson has not filed an amended complaint providing the information previously requested by the Court, and the time for doing so has passed. Stinson was specifically cautioned that his conditions-of-confinement claim could be dismissed if he failed to comply with the Court's May 22, 2015 Order. Therefore, although service for defendant Milo is now proper, Stinson's remaining claims must be dismissed, without prejudice.

The Clerk of the Court is directed to prepare a summons for defendant Milo. The United States Marshal is directed to serve copies of the complaint, with any attachments (docket entry #2),

---

[1] Because Stinson has not alleged that he was injured as a result of any Crittenden County policy or custom, his claims against defendant in his official capacity fail. *See Monell v. New York Dep't. of Soc. Servs.*, 436 U.S. 658, 694, 98 S. Ct. 2018 (1978); *Jenkins v. County of Hennepin, Minn.*, 557 F.3d 628, 632 (8th Cir. 2009).

and a summons for this defendant without requiring prepayment of fees and costs or security. Service for defendant Milo should be through the Crittenden County Detention Facility, 350 Afco Road, West Memphis, Arkansas 72301.

    The Clerk of the Court is instructed to terminate Allen, Coleman, and Ramsey as defendants. *See Clemmons v. Armontrout*, 477 F.3d 962, 967 (8th Cir. 2007) ("Liability under section 1983 requires a causal link to, and direct responsibility for, the deprivation of rights. To establish personal liability of the supervisory defendants, [the plaintiff] must allege specific facts of personal involvement in, or direct responsibility for, a deprivation of his constitutional rights") (internal quotation marks and citation omitted).

    IT IS SO ORDERED this 20th day of July, 2015.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE