**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BRANDON STINSON**                                                                                      **PLAINTIFF**

V.                              **CASE NO. 3:14-CV-00308 JLH/BD**

**MIKE ALLEN, et al.**                                                                                  **DEFENDANTS**

## ORDER

Brandon Stinson, a pro se plaintiff, was granted leave to proceed *in forma pauperis* on January 5, 2015, to pursue his constitutional claims under 42 U.S.C. § 1983. (Docket entries #2, #3)

Mr. Stinson is no longer incarcerated at the Delta Regional Unit of the Arkansas Department of Correction, as evidenced by mail returned to the Court as undeliverable on July 28, 2015. (#22) Mr. Stinson has not notified the Court of his new address as required under the court's local rules and by this Court's January 5, 2015 Order. (#3)

If Mr. Stinson wants to continue with this lawsuit, he must provide the Court notice of his new address within thirty (30) days of entry of this Order. If Mr. Stinson is no longer incarcerated, he must also submit an updated *in forma pauperis* application, which the Clerk is directed to attach to this Order. Failure to comply with this Order may result in dismissal of this action under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 30th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE