**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

BRANDON STINSON                                                                                       PLAINTIFF

v.                                        NO. 3:14CV00308 JLH/BD

MIKE ALLEN, et al.                                                                                   DEFENDANTS

**ORDER**

On December 24, 2015, plaintiff Brandon Stinson, then an inmate at the Crittenden County Detention Center, filed this lawsuit *pro se* on behalf of himself, as well as Mark Barker and Marcus Brown. The Court previously dismissed the claims raised by Barker and Brown.

In March 2015, Stinson notified the Court that he had been transferred to the Delta Unit of the Arkansas Department of Correction. (#8) On July 28, 2015, however, an order addressed to Stinson at the Delta Unit was returned to the court as undeliverable. (#22) The Court ordered Stinson to provide notice of his new address. (#23) That order was also returned to the court as undeliverable, with a notation that Stinson had been released on parole. (#25)

To date, Stinson has failed to notify the Court of his current address. He was warned that failure to comply with Court orders would result in the dismissal of his claims. (#3, #23)

Stinson has failed to prosecute his case. Accordingly, his claims are dismissed, without prejudice, under Local Rule 5.5(c)(2). The Clerk is directed to close this case.

IT IS SO ORDERED this 14th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE