**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

BRANDON STINSON                                                                                    PLAINTIFF

v.                                          NO. 3:14CV00308 JLH/BD

MIKE ALLEN, et al.                                                                                 DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE